```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 01735
   JERRY W MAUZEY
   NANCY A MAUZEY                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-8818    SSN XXX-XX-8094

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/19/2005 and was confirmed 04/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  42.00%.

     The case was dismissed after confirmation 07/09/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
EVERGREEN GREAT AMERICAN  SECURED            8000.00        575.75       8000.00
VALLEY OAKS MANUFACTURED  SPECIAL CLASS      2210.00           .00       2210.00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00           .00
AMERICAN MEDICAL COLLECT  UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00           .00
COMMUNITY FEDERAL CREDIT  UNSECURED          4240.94          .00         217.94
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED          .00           .00
DONALD L NEWMAN           NOTICE ONLY      NOT FILED          .00           .00
ESSER ERIKO               NOTICE ONLY      NOT FILED          .00           .00
ESSER ERIKO               NOTICE ONLY      NOT FILED          .00           .00
ESSER MARIANNE            NOTICE ONLY      NOT FILED          .00           .00
ESSER MATHILDE            NOTICE ONLY      NOT FILED          .00           .00
ESSER MONIKA              NOTICE ONLY      NOT FILED          .00           .00
FIRST NATIONAL CREDIT CA  UNSECURED        NOT FILED          .00           .00
MERCHANTS & PROFESSIONAL  UNSECURED        NOT FILED          .00           .00
OPTION ONE MORTGAGE       NOTICE ONLY      NOT FILED          .00           .00
SCHOTTLER & ZUKOSKY       NOTICE ONLY      NOT FILED          .00           .00
TRIAD FINANCIAL           UNSECURED         19746.27          .00        1462.09
VANRU CREDIT              UNSECURED        NOT FILED          .00           .00
EVERGREEN GREAT AMERICAN  UNSECURED          2842.18          .00         210.45
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      194.00           .00         194.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                         781.34
DEBTOR REFUND             REFUND                                          102.43

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                15,954.00

PRIORITY                                        194.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 01735 JERRY W MAUZEY & NANCY A MAUZEY
```

```
SECURED                                                   8,000.00
    INTEREST                                                575.75
UNSECURED                                                 4,100.48
ADMINISTRATIVE                                            2,200.00
TRUSTEE COMPENSATION                                        781.34
DEBTOR REFUND                                               102.43
                                      ---------------   ---------------
TOTALS                                      15,954.00         15,954.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


 Dated: 10/18/07       /s/ Tom Vaughn
               _____
               TOM VAUGHN
               CHAPTER 13 TRUSTEE